UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SCOTT HOWELL DUKE, | ) CV 09-05888-GHK (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JOHN C MARSHALL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:    5/20/10

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE